

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HARRY T. BULLOCK,
Also Known As "Little Harry,"

        Defendant.

Case: 2:23-cr-20510
Judge: Edmunds, Nancy G.
MJ: Altman, Kimberly G.
Filed: 09-06-2023
INDI USA v. Harry T. Bullock (tt)

**INDICTMENT**

FILED
SEP 06 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**ESCAPE FROM CUSTODY**
**(18 U.S.C. § 751)**

On or about March 24, 2023, in the Eastern District of Michigan, HARRY T. BULLOCK knowingly escaped from the custody of the Community Treatment Center Townsend - Detroit, a residential reentry facility in which he was lawfully confined at the direction of the Attorney General, and from custody by virtue of a judgment issued under the laws of the United States by the United States District Court for the Eastern District of Michigan, and by virtue of a conviction for theft of a firearm from a licensed dealer, in violation of 18 U.S.C. § 922(u).

All in violation of Title 18, United States Code, Section 751.

**THIS IS A TRUE BILL.**

Dated: September 6, 2023           s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ANTHONY P. VANCE                 s/JULES M. DePORRE
ANTHONY P. VANCE                   JULES M. DePORRE
Assistant United States Attorney   Assistant United States Attorney
Chief, Branch Offices              MI State Bar P-73999
                                   600 Church Street
                                   Flint, Michigan 48502-1280

2

| Companion Case information MUST be completed by AU... | | Case: 2:23-cr-20510 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Cove... | Judge: Edmunds, Nancy G.<br>MJ: Altman, Kimberly G.<br>Filed: 09-06-2023<br>INDI USA v. Harry T. Bullock (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** |

**Case Title:** USA v. HARRY T. BULLOCK

**County where offense occurred:** WAYNE

**Check One:**     ☑ Felony          ☐ Misdemeanor          ☐ Petty

    X Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

    ☐ Original case was terminated; no additional charges or defendants.
    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 6, 2023
          Date

*Jules M. DePorre* (signature)
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013